IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOHN HURT § | |
| § | |
| v. § | CIVIL NO. 4:25-CV-00555-SDJ-BD |
| § | |
| COMENITY CAPITAL BANK § | |
| § | |
| § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On December 29, 2025, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #41), that Defendant Comenity Capital Bank's ("Defendant") Second Motion to Compel Arbitration, (Dkt. #30), be granted. Plaintiff John Hurt ("Plaintiff") filed Objections, (Dkt. #42, #43), to the Report.

The Court conducted a de novo review of the Objections and the portions of the Report to which Plaintiff specifically objects, and the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

**IT IS ORDERED** that the Second Motion to Compel Arbitration, (Dkt. #30), is **GRANTED**; the First Motion to Compel Arbitration, (Dkt. #7), is **DISMISSED** as

moot; the case is **STAYED** pending arbitration; all other pending motions are **DENIED WITHOUT PREJUDICE**; and the parties must notify the Court of the outcome of arbitration no later than 30 days after its completion.

**So ORDERED and SIGNED this 6th day of January, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE